*Leonard Oliver v. Standard Parking Corporation*
*United States District Court, Northern District of Georgia, Atlanta Division*
*Civil Action File Number: 1:12-MI-99999-UNA (Temporary Number)*

*[Removed from Clayton State Court, State of Georgia*
*Civil Action File No.: 2012CV04151MG]*

# EXHIBIT A:  PETITION FOR REMOVAL

CLAYTON COUNTY STATE COURT

STATE OF GEORGIA

| | |
|---|---|
| LEONARD OLIVER, | * |
| Plaintiff, | * JURY TRIAL DEMANDED |
| vs. | * CASE NO.: 2012CV04151 MG |
| STANDARD PARKING CORPORATION, | * |
| Defendant. | * |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

P. Charles Scholle
P. Charles Scholle, P.C.
6340 Sugarloaf Parkway
Suite 200
Duluth, Georgia 30097
770-717-5100

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this Summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in this Complaint.

This 18th day of October, 2012

GAIL CARNES
CLERK OF STATE COURT
9151 TARA BOULEVARD
JONESBORO, GA 30236-4912

By: _____
Deputy Clerk

Civil Action No. __2012 CV 04151 M6__

Date Filed __OCT 18, 2012__

Attorney's or Plaintiff's Address & Telephone Number

__P. CHARLES SCHOLLE, ESQ.__

__P. CHARLES SCHOLLE, P.C.__

__6340 SUGARLOAF PARKWAY STE. 200__

__DULUTH, GA 30097__

Name and Address of Party to be Served
__STANDARD PARKING CORPORATION through R/A CT CORPORATION SYSTEM__
__1201 PEACHTREE ST. N.E.__
__ATLANTA, GA 30361__

**STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

__LEONARD OLIVER,__

PLAINTIFF

vs.

__STANDARD PARKING CORPORATION,__

DEFENDANT

**RECEIVED & FILED**

NOV 15 2012

CLERK STATE COURT
CLAYTON COUNTY

GARNISHEE

COST OF SERVICE $ _____

## SPECIAL AGENT'S AFFIDAVIT OF ENTRY OF SERVICE

DATE OF SERVICE: __11/9/12 @ 12:46 PM__   (This date must be written and clearly legible on def./garnishee's copy)

[ ] **PERSONAL** Place of Service [ ] same as above; [ ] other, as follows: _____
I served this def./garnishee with a copy of the action & summons:
The person served is described as follows: approximate age ___ years; approximate weight ___ pounds; approximate height ___ feet and ___ inches.

[ ] **NOTORIOUS** I served Def./Garnishee by leaving a copy of the action and summons at the most notorious place of abode in the county:

Delivered the same to _____ described as follows: approximate age ___ years; approximate weight ___ pounds; approximate height ___ feet and ___ inches, living at the residence of the defendant.

[X] **CORPORATION** I served the corporate entity, [X] Defendant; [ ] Garnishee as follows: by leaving a copy with __MS. QUINNETTON EVANS__, [ ] the registered agent; [X] the person in charge of the office and place of business of the corporation in Gwinnett County; at [X] same as above; [ ] the following address: _____

[ ] **TACK & MAIL** I served the defendant by posting a copy to the door of the defendant's premises designated above in the affidavit and, on the same day, by depositing a true copy in the mail with first class postage in an envelope properly addressed to the address shown in the summons with adequate notice to answer the summons at the place stated in the summons. (Dispossessory only—research rules.)

[ ] **NON EST** Did not serve because after a diligent search the def/garnishee could not be found in the jurisdiction of the court.

(This portion shall be completed, under oath, after service and before filing with the Clerk of this Court, except for printed name.)
I, the undersigned, and being duly sworn, and under penalty of law, swear that I have personally effectuated service of process on the date, time, place and manner as set forth above and that all the facts set forth herein are true and correct and that I have served a copy of this document which bore my printed name, exclusive of my signature under oath, upon the def./garnishee simultaneously with service of all documents connected with this action. (Please use a blue ink which clearly indicates this is an original affidavit.)

Sworn to before me this __9th__ day of
__November__, 20__12__

Notary Public, my commission expires _____
Notary shall affix seal

Signature of Process Server (signed only before notary public/clerk)

Print Name: __ROBERTO ZAYAS__
(Must be clearly legible on def./garnishee copy to indicate who made service at the time service was made.)

[ __RZ__ ] (Initial if applicable) I am designated as a Special Agent for Service of Process under a standing order of this Court, attached hereto as exhibit A

**RECEIVED & FILED**

**OCT 18 2012**



CLAYTON COUNTY STATE COURT

STATE OF GEORGIA

| | |
|---|---|
| LEONARD OLIVER, | * |
| Plaintiff, | * JURY TRIAL DEMANDED |
| vs. | * CASE NO.:_____ |
| STANDARD PARKING CORPORATION AND JOHN DOES 1-5, | * |
| Defendants. | * |

## COMPLAINT FOR DAMAGES

COMES NOW LEONARD OLIVER, Plaintiff in the above-styled action, and brings this Complaint for Damages, and shows the Court the following:

1.

LEONARD OLIVER is, and at all times material to this action, was a resident of the State of Georgia.

2.

Defendant STANDARD PARKING CORPORATION is subject to the jurisdiction and venue of this Court. The incident occurred in Clayton County and Defendant operates a property located at 6000 North Terminal Parkway Atlanta, Georgia 30337.

3.

Defendant STANDARD PARKING CORPORATION is a business operating in Georgia and may be served by service upon its registered agent, to wit: CT Corporation at 1201 Peachtree Street NE, Atlanta, Georgia 30361.

4.

- 1 -

The true names or capacities of Defendants named herein as John Does (1-5) [hereinafter collectively referred to as "John Does"] are unknown to the Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to show said John Does' true names and service addresses when the same have been ascertained. Plaintiff identifies John Does 1-5 as either joint tortfeasors or possible additional liable parties. Plaintiff alleges on information and belief that John Does are in some manner responsible for the acts or omissions alleged herein.

5.

On or about December 15, 2010, Defendants were the owners and/or operators of real estate located at the Hartsfield-Jackson Atlanta International Airport Employee Parking "Lot A".

6.

On or about December 15, 2010, managed and controlled a parking lot for the employees of the Hartsfield-Jackson Atlanta International Airport Employee Parking "Lot A".

7.

On or about December 15, 2010, Plaintiff, LEONARD OLIVER, was an invitee of Defendants.

8.

Defendants negligently maintained the parking lot within the Atlanta Airport Employee Parking area, failing to monitor the parking lot for dangerous ice and warn pedestrians of dangers.

9.

Defendants failed to warn invitees of potential hazards of which it had actual or

constructive knowledge.

10.

That as the result of the Defendants' negligence Plaintiff, LEONARD OLIVER, sustained serious bodily injury, especially to his head, neck, and shoulder, back and hip at the aforementioned premises.

11.

That as the direct and proximate result of the Defendants' negligence, Plaintiff, LEONARD OLIVER, suffered personal injuries and will continue to suffer personal injuries in the future, including bodily injury, pain and mental suffering.

12.

As a direct and proximate result of the Defendants' negligence Plaintiff, LEONARD OLIVER, incurred medical expenses, in an amount to be proven at trial, for the treatment of the injuries caused solely and proximately by Defendants.

13.

As a direct and proximate result of the Defendants' negligence Plaintiff, LEONARD OLIVER, will incur future medical expenses, in an amount to be proven at trial, for the treatment of the injuries caused solely and proximately by Defendants.

14.

As a direct and proximate result of the Defendants' negligence Plaintiff, LEONARD OLIVER, incurred lost wages, in an amount to be proven at trial.

15.

As a direct and proximate result of the Defendants' negligence Plaintiff, LEONARD

OLIVER, has suffered a diminished earnings capacity, in an amount to be proven at trial.

WHEREFORE, the Plaintiff prays:

1. That Defendants be served with summons, process and a copy of this Complaint as provided by law;
2. That Plaintiff obtain judgment against Defendants for special and general damages as determined at trial as well as costs of litigation and expenses;
3. That the Plaintiff be granted a trial by jury as to all triable issues in this cause; and
4. For such other and further relief as this Court deems just and equitable under all circumstances alleged and contained herein.

THIS \_\_\_15th\_\_\_ DAY OF \_\_October\_\_, 2012.

_____
P. Charles Scholle
Attorney for Plaintiff
Georgia Bar Number 629736

6340 Sugarloaf Parkway
Suite 200
Duluth, Georgia 30097
770-717-5100

-4-

RECEIVED & FILED
JAN 05 2012
Jail Carnes
CLERK, STATE COURT
CLAYTON COUNTY

# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

## ORDER FOR APPOINTMENT FOR PROCESS SERVICE

Having read and considered the petitions and criminal records, and it appearing to the Court that sufficient grounds exist that each petitioner meets the requirements for appointment by the Court, it is hereby

**ORDERED** and **ADJUDGED** that the following:

| | | | |
|---|---|---|---|
| Abebe, Huluka | Gayle, Earl | Mitchell, Kevin | Smith, Terral |
| Abebe, Hunde | George, Randal | Moore, Jeanine | Smith, Virginia C. |
| Ahmad, Imran | Grier, Miranda | Morgan, Anisssa D. | Sorensen, S. Neilse |
| Ali, Syed Amjad | Hightower, Antonio | Morgan, Todd V. | Sorina, Tracy-Lynn |
| Benito, Richard | Hill, Hollis | Morris, Barney | Stanton, Christopher |
| Benito, Robert | Horton, Christopher | Moss, Cynthia | Stone, Rodney |
| Boatner, James | House, Nicole | Nowlk, Dennis | Stone, Russell |
| Bradberry, Christopher | Hudson, Sonya | O'Brien, Christopher | Stonica, Jacqueline |
| Briley, Donnie | Huff, Michael | Oglesby, Jessica | Stonica, Michael |
| Cain, Theordora | Jenkins, LeRoy | Pagan, Eric | Stover, Jason |
| Clark, Deanna C. | Johnson, Christina | Peters, Jomo | Suggs, Sandra |
| Cline, Travis D. | Johnson, Dwayne | Pippin, Allen | Tamaroff, Paul |
| Cosme, Jeannine | Jones, Alicia | Primus, Kory | Tharpe, Rosemery |
| Crawford, Cathy | Jones-Snellings, Sharon | Rauser, Jayne E. | Thrash, Nancy |
| Davenport, Alterick | Jordan, Julia | Rivers, Karey (III) | Tort, Henry |
| DeVaughn, Carl | Kidd, Elizabeth | Robinson, Jeroy | Watt, Roosevelt (II) |
| Douglas, Angie | Kirkland, Shirley | Ruddock, Kitwana | West, Eric |
| Duchon, Deborah | Lewis, Donald | Sadler, John | Williamson, Harrel |
| Dykes, Gregory | Lewis, Kevin | Sanders, Robert | Woodman, Howard |
| Evans, Anita | Lobin, Jerome | Saxon, Jasmine | Wright, Valerie |
| Faulkner, Dana V. | Lobin, Karen | Saxon, Rashad | Yata, Verity |
| Feathers, Jennifer | Lovett, Cheryl | Shadix, Jimmy | Young, Eugene |
| Fox, Juhani | Mallas, Nicholas | Shepherd, Elizabeth | Zayas, Roberto |
| Frost, Timothy | Mann, Shannon | Sleep, Thomas G. | Zweben, Ronald |
| Fuller, Thomas | McAuley, Randall | Smith, Bruce (Jr.) | |

be appointed and authorized to serve as a Permanent Process Server in the Clayton County State Court, for Calendar Year 2012, without the necessity of an order for appointment in each individual case.

SO ORDERED this __3rd__ day of __January__, 2012

Chief Judge Harold G. Benefield

Judge Linda S. Cowen

Judge John C. Carbo III

Judge Morris E. Braswell

Judge Aaron B. Mason