IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LEONARD OLIVER, | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION NO.: |
| | ) | |
| v. | ) | |
| | ) | |
| STANDARD PARKING | ) | [Removed from Clayton |
| CORPORATION AND | ) | County State Court Civil; |
| JOHN DOES 1-5, | ) | Action File No.:  2012-CV-04151MG] |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ANSWER AND DEFENSES OF DEFENDANT STANDARD PARKING CORPORATION

COMES NOW Defendant Standard Parking Corporation (hereinafter referred to as "Defendant") and responds to the <u>Complaint for Damages</u> (hereinafter referred to as "Complaint") of the Plaintiff by filing this Answer and further showing this Court as follows:

### FIRST DEFENSE

For a first defense, Defendant responds to the enumerated paragraphs of the Plaintiff's <u>Complaint</u> as follows:

1.

Defendant is without knowledge as to the truthfulness of the facts as alleged in paragraph 1 of Plaintiff's Complaint, and therefore denies same and demands strict proof thereof.

2.

Defendant denies the facts as alleged in paragraph 2 of Plaintiff's Complaint and demands strict proof thereof.

3.

Defendant admits the facts as alleged in paragraph 3 of Plaintiff's Complaint.

4.

Defendant is without knowledge as to the truthfulness of the facts as alleged in paragraph 4 of Plaintiff's Complaint, and therefore denies same and demands strict proof thereof.

5.

Defendant denies the facts as alleged in paragraph 5 of Plaintiff's Complaint and demands strict proof thereof.

6.

Defendant denies the facts as alleged in paragraph 6 of Plaintiff's <u>Complaint</u> and demands strict proof thereof.

7.

Defendant is without knowledge as to the truthfulness of the facts as alleged in paragraph 7 of Plaintiff's <u>Complaint</u>, and therefore denies same and demands strict proof thereof.

8.

Defendant denies the facts as alleged in paragraph 8 of Plaintiff's <u>Complaint</u> and demands strict proof thereof.

9.

Defendant denies the facts as alleged in paragraph 9 of Plaintiff's <u>Complaint</u> and demands strict proof thereof.

10.

Defendant denies the facts as alleged in paragraph 10 of Plaintiff's Complaint and demands strict proof thereof.

11.

Defendant denies the facts as alleged in paragraph 11 of Plaintiff's Complaint and demands strict proof thereof.

12.

Defendant denies the facts as alleged in paragraph 12 of Plaintiff's Complaint and demands strict proof thereof.

13.

Defendant denies the facts as alleged in paragraph 13 of Plaintiff's Complaint and demands strict proof thereof.

14.

Defendant denies the facts as alleged in paragraph 14 of Plaintiff's Complaint and demands strict proof thereof.

15.

Defendant denies the facts as alleged in paragraph 15 of Plaintiff's Complaint and demands strict proof thereof.

16.

No response is required of Defendant to the "WHEREFORE" paragraph of Plaintiff's Complaint. To the extent that one is required, Defendant denies the facts as alleged therein and demands strict proof thereof.

17.

Any and all facts as alleged in Plaintiff's Complaint which have not been expressly admitted by Defendant in this Answer are hereby denied and strict proof of same is hereby demanded.

### Second Defense

Plaintiff's Complaint against Defendant fails to state a claim upon which relief can be granted.

### Third Defense

No action or omission on the part of Defendant proximately caused the incidents at issue or the alleged injuries and damages claimed by Plaintiff, and therefore Plaintiff cannot recover from Defendant.

### Fourth Defense

Plaintiff's alleged injuries and damages proximately resulted from actions or omissions of parties or non-parties to this lawsuit other than Defendant over whom Defendant had no control or responsibility, and therefore Plaintiffs cannot recover from Defendant.

### Fifth Defense

Defendant has not committed any negligent, intentional or otherwise illegal action and is not liable to Plaintiff under any theory of law.

### Sixth Defense

At no time did Defendant breach a legal duty to Plaintiff, with the result that Plaintiff may not recover against Defendant.

### Seventh Defense

Plaintiff has not suffered damage as a result of Defendant's acts or omissions.

### Eighth Defense

Defendant is not liable for the actions of its agents, servants or employees made outside the scope of their employment.

### Ninth Defense

Defendant neither authorized nor ratified any allegedly unlawful actions by its employees.

### Tenth Defense

Defendant has at all times acted in good faith and in a reasonable and prudent manner, exercising the degree of due care required in carrying out any duties allegedly owing to Plaintiff and has carried out those duties in a reasonable and prudent manner.

## Eleventh Defense

Plaintiff's claims are barred and/or any award he receives is required to be reduced because of his failure to mitigate damages.

## Twelfth Defense

WHEREFORE, having responded to the Plaintiff's Complaint, Defendant respectfully requests:

(a)     that the Court enter judgment in their favor and cast all costs of said action against Plaintiff;

(b)     for a trial by jury; and

(c)     for such further relief as this Court deems just and proper.

Respectfully submitted this 6th day of December, 2012.

/s/ Wayne S. Melnick
Matthew G. Moffett
Georgia Bar No.: 515323
Wayne s. Melnick
Georgia Bar No.: 501267
Attorneys for Defendant Standard Parking
Corporation

**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Pace Ferry Road
Atlanta, Georgia 30326
Telephone:   (404) 870-7390
Facsimile:   (404) 870-1030
E-mail:       mmoffett@grsmb.com
                wmelnick@grsmb.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **LEONARD OLIVER,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.:** |
| ) | |
| **v.** ) | |
| ) | |
| **STANDARD PARKING** ) | **[Removed from Clayton** |
| **CORPORATION AND** ) | **County State Court Civil;** |
| **JOHN DOES 1-5,** ) | **Action File No.:  2012-CV-04151MG]** |
| ) | |
| **Defendant.** ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day I electronically filed the ***ANSWER AND
DEFENSES OF DEFENDANT STANDARD PARKING CORPORATION*** with
the Clerk of Court using the CM/ECF system.

P. Charles Scholle, Esq.
P. CHARLES SCHOLLE, P.C.
6430 Sugarloaf Parkway
Suite 200
Duluth, Georgia 30097
Email:  cscholle@schollelaw.com

Respectfully submitted this 6th day of December, 2012.

/s/ Wayne S. Melnick
Matthew G. Moffett
Georgia Bar No.: 515323
Wayne s. Melnick
Georgia Bar No.: 501267
Attorneys for Defendant Standard Parking
Corporation

**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Pace Ferry Road
Atlanta, Georgia 30326
Telephone:  (404) 870-7390
Facsimile:  (404) 870-1030
E-mail:       mmoffett@grsmb.com
                  wmelnick@grsmb.com